**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of North Carolina

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Staffing 360 Solutions, Inc. |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 68-0680859 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 757 3rd Avenue  Number    Street | Number    Street |
| 27th Floor | P.O. Box |
| New York    NY    10017  City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| New York County  County | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website** (URL): www.staffing360solutions.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Staffing 360 Solutions, Inc.**  Case number (*if known*)_____
_____Name_____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>**5613** |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                      MM / DD / YYYY<br>            District _____  When _____  Case number _____<br>                                      MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor **Headway Workforce Solutions, Inc.**  Relationship **Parent**<br>          District **Eastern District of North Carolina**  When **05/05/2025**<br>                                                MM / DD / YYYY<br>          Case number, if known _____ |

| Debtor | Staffing 360 Solutions, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (Check all that apply.)

  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

  ☐ It needs to be physically secured or protected from the weather.

  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  ☐ Other _____

  **Where is the property?** _____
   Number   Street

  _____

  _____
   City                                State    ZIP Code

  **Is the property insured?**

  ☐ No
  ☐ Yes. Insurance agency _____
       Contact name  _____
       Phone         _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor _____     Case number (*if known*)_____
     Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/05/2025
            MM / DD / YYYY

✖ /s/ Brendan Flood     Brendan Flood
Signature of authorized representative of debtor     Printed name

Title  CEO

**18. Signature of attorney**

✖ /s/ *Rebecca Redwine Grow*     Date  05/05/2025
Signature of attorney for debtor     MM / DD / YYYY

Rebecca Redwine Grow
Printed name

HENDREN, REDWINE & MALONE, PLLC
Firm name

4600 Marriott Drive, Suite 150

Raliegh     NC     27612
City     State     ZIP Code

(919) 420-7867     rredwine@hendrenmalone.com
Contact phone     Email address

37012     NC
Bar number     State

Fill in this information to identify the case:

Debtor name: Staffing 360 Solutions, Inc.

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Chapel Hill Partners LP<br>2639 Marchmont Street<br>Raleigh, NC, 27608 | JP Sakey<br>412-9806067<br>jp.sakey@gmail.com | | Disputed<br>Unliquidated<br>Contingent | | | 15,459,068.61 |
| 2 | Pamela D. Whittaker<br>1524 Boxthorne Lane<br>Winston Salem, NC, 27106 | | | Disputed<br>Unliquidated<br>Contingent | | | 2,854,395.00 |
| 3 | HAYNES AND BOONE, LLP<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY, 10112 | Rick Werner<br>2126594974<br>rick.werner@haynesboone.com | | Disputed<br>Unliquidated<br>Contingent | | | 1,069,037.45 |
| 4 | Chapel Hill Partners LP, Advisory Agreement<br>2639 Marchmont Street<br>Raleigh, NC, 27608 | JP Sakey<br>4129806067<br>jp.sakey@gmail.com | | Disputed<br>Unliquidated<br>Contingent | | | 660,000.00 |
| 5 | MEPT 757 THIRD AVENUE LLC<br>28 Liberty St.<br>New York, NY, 10005 | | | Disputed<br>Unliquidated<br>Contingent | | | 356,376.98 |
| 6 | UHY Advisors, Inc.<br>1185 Avenue of the Americas, 38th Floor<br>New York, NY, 10036 | Corey Massella<br>2123814660<br>cmassella@uhy-us.com | | Disputed<br>Unliquidated<br>Contingent | | | 284,130.00 |
| 7 | RBSM LLP<br>805 Third Avenue, Suite 1430<br>New York, NY, 10022 | Manny Tzagarakis<br>2128382643<br>mtzagarakis@rbsmllp.com | | Disputed<br>Unliquidated<br>Contingent | | | 150,000.00 |
| 8 | NICHOLAS FLORIO<br>7 Carriage Way<br>Millstone Township, NJ, 08510 | Nicholas Florio<br>9174533045<br>nfloriocpa@yahoo.com | | Disputed<br>Unliquidated<br>Contingent | | | 149,999.94 |

Debtor  Staffing 360 Solutions, Inc.                         Case number (*if known*)_____
           Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | United Healthcare<br>3803 N. Elm St.<br>Greensboro, NC, 27459 | | | Disputed<br>Unliquidated<br>Contingent | | | 143,937.23 |
| 10 | VINCENT J. CEBULA<br>25 East 86th Street<br>New York, NY, 10028 | Vince Cebula<br>9174452871<br>cebulavincent@gmail.com | | Disputed<br>Unliquidated<br>Contingent | | | 133,333.28 |
| 11 | UHY<br>1185 Avenue of the Americas, 38th Floor<br>New York, NY, 10036 | Corey Massella<br>cmassella@uhy-us.com | | Disputed<br>Unliquidated<br>Contingent | | | 130,575.68 |
| 12 | CORNERSTONE VALUATION<br>PO Box 563<br>Midlothian, VA, 23113 | H. Greg Waller<br>8043203499 ext 101<br>hgwaller@cornerstone-valuation.com | | Disputed<br>Unliquidated<br>Contingent | | | 130,000.00 |
| 13 | ODELL STUDNER GROUP<br>1265 Drummer's Lane, Suite 300<br>Wayne, PA, 19087 | Tony D'Amicantonio<br>6105863921<br>tonyd@acrisure.com | | Disputed<br>Unliquidated<br>Contingent | | | 101,684.00 |
| 14 | BYZANTINE PRODUCTIONS, INC.<br>8721 Santa Monica Boulevard, Suite 100,<br>West Hollywood, CA, 90069 | Dimitri Villard<br>3109275333<br>dimitri.villard@gmail.com | | Disputed<br>Unliquidated<br>Contingent | | | 99,999.96 |
| 15 | BROADRIDGE<br>1155 Long Island Avenue<br>Edgewood, NY, 11717 | Lisa Olen<br>6312547433<br>AR-Issuer@ar.broadridge.com | | Disputed<br>Unliquidated<br>Contingent | | | 95,531.45 |
| 16 | Acrisure<br>1265 Drummer's Lane, Suite 300<br>Wayne, PA, 19087 | Tony D'Amicantonio<br>6105863921<br>tonyd@acrisure.com | | Disputed<br>Unliquidated<br>Contingent | | | 90,326.43 |
| 17 | PHILADELPHIA INSURANCE COMPANIES<br>One Bala Plaza, suite 100<br>PA, 19004 | | | Disputed<br>Unliquidated<br>Contingent | | | 87,357.00 |
| 18 | The Moran Group, LLC<br>One Riverway, Suite 700<br>Houston, TX, 77056 | Alfred Moran<br>7137253101<br>amoran@morangroup.us | | Disputed<br>Unliquidated<br>Contingent | | | 72,000.00 |
| 19 | SEYFARTH SHAW LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, IL, 60606 | Nicholas Tremont<br>3124606337<br>ntremont@seyfarth.com | | Disputed<br>Unliquidated<br>Contingent | | | 57,256.14 |
| 20 | THE NASDAQ STOCK MARKET, LLC<br>151 West 42nd Street, Floors 26<br>New York, NY, 10036 | Kendall Wisinski<br>6469064025<br>kendall.wisinski@nasdaq.com | | Disputed<br>Unliquidated<br>Contingent | | | 53,000.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2

Acrisure
1265 Drummer's Lane, Suite 300
Wayne, PA 19087

ADP, Inc.
400 W. Covina Blvd
San Dimas, CA 91773

ATERA NETWORKS LTD
250 West 34th St, Fl 3
New York, NY 10119

Atlantic Direct Marketing LLC
10389 Orchard Way
Live Oak, CA 95953

Bancroft Capital, LLC
501 W Office Center Dr # 130
Fort Washington, PA 19034

BrightEdge Technologies, Inc.
1500 W 3rd St #405
Cleveland, OH 44113

BROADRIDGE
1155 Long Island Avenue
Edgewood, NY 11717

BYZANTINE PRODUCTIONS, INC.
8721 Santa Monica Boulevard, Suite 100,
West Hollywood, CA 90069

CFO SOLUTIONS LLC
6 University Drive, Suite 206-209
Amherst, MA 01002

Chapel Hill Partners LP
2639 Marchmont Street
Raleigh, NC 27608

Chapel Hill Partners LP, Advisory Agreement
2639 Marchmont Street
Raleigh, NC 27608

Cogency Global Inc.
122 E. 42nd St.
Fl 18
New York, NY 10168

COR Prominence, LLC
377 Oak Street Concourse 2
Garden City, NY 11530

CORNERSTONE VALUATION
PO Box 563
Midlothian, VA 23113

Datasite LLC
733 S. Marquette Ave, Suite 600
Minneapolis, MN 55402

Deloitte & Touche LLP
Rockefeller Plaza 41st floor
New York, NY 10112

DONOHOE ADVISORY ASSOCIATES LLC
9801 Washingtonian Blvd, Suite 340,
Gaithersburg, MD 20878

Haley Marketing
6028 Sheridan Dr.
Buffalo, NY 14221

HANCOCK FIRM VALUATION ADVISORS
4601 Washington Avenue
Houston, TX 77007

HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JAMS, INC.
18881 Von Karman Ave., Suite 350
Irvine, CA 92612

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309-4528

Kostelanetz LLP
7 World Trade Center
New York, NY 10007

Kuuku Minnah-Donkoh, Esq.
Gordon Reese Scully Mansukhani LLP
One Battery Park Plaza, 28th Floor
New York, NY 10006

M2 COMPLIANCE LLC
501 East Las Olas Blvd
Suite 300
Fort Lauderdale, FL 33301

MEDIANT COMMUNICATIONS INC.
17 State Street
7th Floor
New York, NY 10004

MEPT 757 THIRD AVENUE LLC
28 Liberty St.
New York, NY 10005

MORITT HOCK & HAMROFF
400 Garden City Plaza
2nd Floor
Garden City, NY 11530

MUTUAL OF OMAHA
3300 Mutual Plaza
Omaha, NE 68175

NICHOLAS FLORIO
7 Carriage Way
Millstone Township, NJ 08510

North Carolina Department of Commerce
Div. of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

North Carolina Department of Revenue
Office Services Division
Bankruptcy Unit, P.O. Box 1168
Raleigh, NC 27602-1168

ODELL STUDNER GROUP
1265 Drummer's Lane, Suite 300
Wayne, PA 19087

ONESTREAM SOFTWARE LLC
191 N Chester St
Birmingham, MI 48009

Oregon Department of Revenue
PO Box 14800
Salem, OR 97309

Pamela D. Whittaker
1524 Boxthorne Lane
Winston Salem, NC 27106

PHILADELPHIA INSURANCE COMPANIES
One Bala Plaza, suite 100

RBSM LLP
805 Third Avenue, Suite 1430
New York, NY 10022

RICHARDS LAYTON & FINGER
920 N King St
Wilmington, DE 19801

Say Technologies LLC
85 Willow Road
Menlo Park, CA 94025

Securities Transfer Corporation
2901 Dallas Pkwy Suite 380
Plano, TX 75093

SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606

SMART CHOICE COMMUNICATIONS,
P.O. Box 2693
New York, NY 10108

The Marketing Junction
11 New Street, Northampton
NN7 4QS, UK,

The Moran Group, LLC
One Riverway, Suite 700
Houston, TX 77056

THE NASDAQ STOCK MARKET, LLC
151 West 42nd Street, Floors 26
New York, NY 10036

THOMAS INTERNATIONAL
28175 Haggerty Rd
Novi, MI 48377

Trustpoint.One
3200 Cobb Galleria Parkway Suite 200
Atlanta, GA 30339


U.S. Securities & Exchange Commission
950 East Paces Ferry Rd., Suite 900
Atlanta, GA 30326


UHY
1185 Avenue of the Americas, 38th Floor
New York, NY 10036


UHY Advisors, Inc.
1185 Avenue of the Americas, 38th Floor
New York, NY 10036


United Healthcare
3803 N. Elm St.
Greensboro, NC 27459


VINCENT J. CEBULA
25 East 86th Street
New York, NY 10028


White Rock Cybersecurity
9330 Lyndon B Johnson Fwy STE 850
Dallas, TX 75243

United States Bankruptcy Court

Eastern District of North Carolir

In re: Staffing 360 Solutions, Inc.

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   05/05/2025

/s/ Brendan Flood

Signature of Individual signing on behalf of debtor

CEO

Position or relationship to debtor

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

# Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __001-37575__.

2. The following financial data is the latest available information and refers to the debtor's condition on __02/28/2025__.

    a. Total assets    $ __$57.108 Million__

    b. Total debts (including debts listed in 2.c., below)    $ __$77.968 Million__

    c. Debt securities held by more than 500 holders

    Approximate number of holders:

    | | | | | |
    |---|---|---|---|---|
    | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
    | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
    | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
    | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
    | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

    d. Number of shares of preferred stock    9,000,000
    e. Number of shares common stock    1,678,742

    Comments, if any: _____

3. Brief description of debtor's business: Debtor is a domestic staffing company, engaged primarily in the acquisition of a broad spectrum of staffing companies. The debtor, through the acquired companies provides temporary workers to clients and invoices on an hourly basis. Debtor also engages in direct hiring on behalf of clients.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
No shareholders control more than 5% of stock.

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS

### CORPORATE RESOLUTION

### OF

### STAFFING 360 SOLUTIONS INC.

BE IT RESOLVED that the Board of Directors of Staffing 360 Solutions Inc. (the "Company") is hereby authorized and empowered for and on behalf of the Company to file a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, and to undertake all necessary acts consistent with the rights and duties of the Board of Directors under Delaware Corporation Law, and any and all other statutory, regulatory, and common law to effectuate bankruptcy filing.

BE IT FURTHER RESOLVED that the CEO of the Company, Brendan Flood, is hereby authorized to serve as the signatory to sign all documents necessary to the administration of the bankruptcy case on behalf of the Company.

BE IT FURTHER RESOLVED that the Board of Directors hereby authorize the Company to engage the law firm of Bernstein-Burkley, P.C. for all legal services related to the bankruptcy filing and related proceedings.

The undersigned hereby certifies that the above and foregoing is a true and correct copy of a Resolution adopted by the Board of Directors of the above named Company by written consent on this 1st day of May, 2025 in lieu of a meeting.

_____

Brendan Flood, CEO