IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: | : | |
| STAFFING 360 SOLUTIONS, INC. | : | Bankruptcy No. 25-01684 |
| Debtor. | : | |
| | : | Chapter 11 |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____    Voluntary Petition - *Specify reason for amendment*:

X\_\_\_\_\_    Summary of Schedules
X\_\_\_\_\_    Schedule B - Personal Property
\_\_\_\_\_    Schedule C - Property Claimed as Exempt
\_\_\_\_\_    Schedule D - Creditors holding Secured Claims
   Check one:
    \_\_\_\_\_    Creditor(s) added
    \_\_\_\_\_    NO creditor(s) added
    \_\_\_\_\_    Creditor(s) deleted
X\_\_\_\_\_    Schedule E - Creditors Holding Unsecured Priority Claims
   Check one:
    \_\_\_\_\_    Creditor(s) added
    X\_\_\_\_\_    NO creditor(s) added
    X\_\_\_\_\_    Creditor(s) deleted
X\_\_\_\_\_    Schedule F - Creditors Holding Unsecured Nonpriority Claims
   Check one:
    X\_\_\_\_\_    Creditor(s) added
    \_\_\_\_\_    NO creditor(s) added
    \_\_\_\_\_    Creditor(s) deleted
\_\_\_\_\_    Schedule G - Executory Contracts and Unexpired Leases
   Check one:
    \_\_\_\_\_    Creditor(s) added
    \_\_\_\_\_    NO creditor(s) added
    \_\_\_\_\_    Creditor(s) deleted
\_\_\_\_\_    Schedule H - Codebtors
\_\_\_\_\_    Statement of Financial Affairs
\_\_\_\_\_    Chapter 11 List of Equity Security Holders
\_\_\_\_\_    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_    Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_    Other _____

This the 19th day of June, 2025.

**HENDREN, REDWINE & MALONE, PLLC**

s/ Rebecca Redwine Grow
Jason L. Hendren (NC State Bar No. 26869)
Rebecca Redwine Grow (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone:  (919) 420-7867
Facsimile:   (919) 420-0475
Email: jhendren@hendrenmalone.com
          rredwine@hendrenmalone.com
          bwaller@hendrenmalone.com
*Attorneys for the Debtors*

**Fill in this information to identify the case:**

Debtor name _____Staffing 360 Solutions, Inc._____

United States Bankruptcy Court for the: ___Eastern District of North Carolina___
(State)

Case number (If known): ____25-01684-5-JNC_____

☒ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

**Part 1:**    Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..................................................................... $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* .................................................................. $ __57,709,357.36

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..................................................................... $ __57,709,357.36

---

**Part 2:**    Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................ $ __28,148,654.71

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................... $ __4,092,366.14

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .......................... +$ __25,611,702.05

4. **Total liabilities** ....................................................................................................... $ __57,852,722.90
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name    Staffing 360 Solutions, Inc.

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (If known):    25-01684-5-JNC

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**        $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 8  7  9  0 | $ Unknown |
| 3.2. | See continuation sheet | | | $ Unknown |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1**        $ 0.00

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

Debtor _____Staffing 360 Solutions, Inc._____   Case number *(if known)*_25-01684-5-JNC_
Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ........➔   $_____
face amount                          doubtful or uncollectible accounts

11b. Over 90 days old:   _____ – _____ = ........➔   $_____
face amount                          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                         % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

Debtor   Staffing 360 Solutions, Inc.
_____
Name

Case number *(if known)* __25-01684-5-JNC__

---

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                                   $_____

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor ___Staffing 360 Solutions, Inc._____    Case number (*if known*) __25-01684-5-JNC__
            Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Office Furniture & Fixtures | $_____ | _____ | $ 61,851.59 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>See continuation sheet | $ 0.00 | _____ | $ 49,302.77 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 111,154.36

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | Staffing 360 Solutions, Inc. | Case number (if known) | 25-01684-5-JNC |
|---|---|---|---|
| | Name | | |

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor    Staffing 360 Solutions, Inc.
          _____
          Name

Case number (*if known*)_____25-01684-5-JNC_____

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    - ☑ No. Go to Part 10.
    - ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☐ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☐ No. Go to Part 11.
    - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** Customer Facing Information and Management Systems | $_____ | N/A | $ 1,500,000.00 |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** Goodwill | $_____ | N/A | Unknown $_____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

$ 1,500,000.00

Debtor    Staffing 360 Solutions, Inc.
_____
           Name

Case number *(if known)*  25-01684-5-JNC

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☑ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☑ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

   Description (include name of obligor)

   _____    0.00  __  0.00  = ➜    $ 0.00
   _____    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)
   See Schedule A/B Part 11, Question 72 Attachment
   _____    Tax year  2023    $ 56,098,203.00
   _____    Tax year  _____    $ _____
   _____    Tax year  _____    $ _____

73. **Interests in insurance policies or annuities**

   _____    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____    $ _____

   **Nature of claim**    _____
   **Amount requested**   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____    $ _____

   **Nature of claim**    _____
   **Amount requested**   $ _____

76. **Trusts, equitable or future interests in property**

   _____    $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
   See Schedule A/B Part 11, Question 79 Attachment
   _____    $ Unknown
   _____    $ _____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.    $ 56,098,203.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

Debtor    Staffing 360 Solutions, Inc.                                      Case number *(if known)*    25-01684-5-JNC
          _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 111,154.36 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..........................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 1,500,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 56,098,203.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................91a. | $ 57,709,357.36 | ✚ 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....... 57,709,357.36 ...................    $ 57,709,357.36

| Debtor 1 | Staffing 360 Solutions, Inc. | | | 25-01684-5-JNC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Bank of America | Checking | 2187 |
| Balance: Unknown | | |
| Bank of America | Checking | 8261 |
| Balance: Unknown | | |
| Bank of America | Checking | 8795 |
| Balance: Unknown | | |
| Bank of America | Checking | 8813 |
| Balance: Unknown | | |

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Computer Software | | | 16,819.69 |
| Office Equipment | | | 19,347.40 |
| Fixed Assets: Leasehold Improvement | | | 13,135.68 |

**Fill in this information to identify the case:**

Debtor __Staffing 360 Solutions, Inc.__

United States Bankruptcy Court for the: __Eastern District of North Carolina__

Case number __25-01684-5-JNC__
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Catherine Ruth Honeycutt<br>1811 Saint Stephens Ch Rd<br>Mount Pleasant, NC 28124<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 ) | As of the petition filing date, the claim is: $ 2,233.87<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:<br>Wages, Salaries, Commissions<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 2,233.87 | $ 2,233.87 |
| **2.2** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | As of the petition filing date, the claim is: $ 4,049,619.23<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:<br>Taxes & Other Government Units<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 4,049,619.23 | $ 2,900,627.52 |
| **2.3** | Priority creditor's name and mailing address<br>Massachusetts Department of Revenue<br>Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02204<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | As of the petition filing date, the claim is: $ 40,298.00<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:<br>Taxes & Other Government Units<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 40,298.00 | $ 40,298.00 |

Debtor    Staffing 360 Solutions, Inc.
          _____
          Name

Case number (if known)   25-01684-5-JNC
                        _____

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.⁴** Priority creditor's name and mailing address

Oregon Dept of Revenue
ODR Bkcy
955 Center St NE
Salem, OR 97301

$ 215.04    $ 207.54

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.___** Priority creditor's name and mailing address

$ _____    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.___** Priority creditor's name and mailing address

$ _____    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.___** Priority creditor's name and mailing address

$ _____    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

Debtor _____Staffing 360 Solutions, Inc._____   Case number _(if known)_ __25-01684-5-JNC__
           Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |

**3.1** | **Nonpriority creditor's name and mailing address**
Acrisure
1265 Drummer's Lane, Suite 300
Wayne, PA 19087

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 90,326.43

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
ADP, Inc.
400 W. Covina Blvd
San Dimas, CA 91773

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 726.52

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Alicia Barker
613 Drake Place
Westfield, NJ 07090

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 619,010.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
ATERA NETWORKS LTD
250 West 34th St, Fl 3
New York, NY 10119

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 16,416.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Atlantic Direct Marketing LLC
10389 Orchard Way
Live Oak, CA 95953

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 48,975.46

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Bancroft Capital, LLC
501 W Office Center Dr # 130
Fort Washington, PA 19034

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 5,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Staffing 360 Solutions, Inc.___
    Name

Case number (*if known*) ___25-01684-5-JNC___

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7    **Nonpriority creditor's name and mailing address**

Brendan Flood
303 E 57th Street
Apt 46G
New York, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,055,719.00

---

**3.** 8    **Nonpriority creditor's name and mailing address**

BrightEdge Technologies, Inc.
1500 W 3rd St #405
Cleveland, OH 44113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30,000.00

---

**3.** 9    **Nonpriority creditor's name and mailing address**

BROADRIDGE
1155 Long Island Avenue
Edgewood, NY 11717

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 95,531.45

---

**3.** 10    **Nonpriority creditor's name and mailing address**

BYZANTINE PRODUCTIONS, INC.
8721 Santa Monica Boulevard, Suite 100,
West Hollywood, CA 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 99,999.96

---

**3.** 11    **Nonpriority creditor's name and mailing address**

BYZANTINE PRODUCTIONS, INC.
8721 Santa Monica Boulevard, Suite 100
West Hollywood, CA 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 99,999.96

---

Debtor ___Staffing 360 Solutions, Inc._____    Case number *(if known)* __25-01684-5-JNC___
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

CFO SOLUTIONS LLC
6 University Drive, Suite 206-209
Amherst, MA 01002

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ 2,827.50

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.13** Nonpriority creditor's name and mailing address

Chapel Hill Partners LP
2639 Marchmont Street
Raleigh, NC 27608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ 15,459,068.61

Date or dates debt was incurred _____

Is the claim subject to offset?
✓ No
☐ Yes

Last 4 digits of account number _____

---

**3.14** Nonpriority creditor's name and mailing address

Chapel Hill Partners LP, Advisory Agreement
2639 Marchmont Street
Raleigh, NC 27608

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ 660,000.00

Date or dates debt was incurred _____

Is the claim subject to offset?
✓ No
☐ Yes

Last 4 digits of account number _____

---

**3.15** Nonpriority creditor's name and mailing address

Cogency Global Inc.
122 E. 42nd St.
Fl 18
New York, NY 10168

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ 44,774.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.16** Nonpriority creditor's name and mailing address

COR Prominence, LLC
377 Oak Street Concourse 2
Garden City, NY 11530

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ 38,463.23

Date or dates debt was incurred _____

Is the claim subject to offset?
✓ No
☐ Yes

Last 4 digits of account number _____

Debtor ___Staffing 360 Solutions, Inc._____  Case number *(if known)*___25-01684-5-JNC____
     Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 17    **Nonpriority creditor's name and mailing address**

CORNERSTONE VALUATION
PO Box 563
Midlothian, VA 23113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 130,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 18    **Nonpriority creditor's name and mailing address**

Datasite LLC
733 S. Marquette Ave, Suite 600
Minneapolis, MN 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 362.61

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 19    **Nonpriority creditor's name and mailing address**

Deloitte & Touche LLP
Rockefeller Plaza 41st floor
New York, NY 10112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 2,063.18

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 20    **Nonpriority creditor's name and mailing address**

DONOHOE ADVISORY ASSOCIATES LLC
9801 Washingtonian Blvd, Suite 340,
Gaithersburg, MD 20878

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 3,615.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 21    **Nonpriority creditor's name and mailing address**

Haley Marketing
6028 Sheridan Dr.
Buffalo, NY 14221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 50,983.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Staffing 360 Solutions, Inc. | Case number *(if known)* 25-01684-5-JNC |
|---|---|---|
| | Name | |

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

HANCOCK FIRM VALUATION ADVISORS
4601 Washington Avenue
Houston, TX 77007

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$29,400.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$1,069,037.45

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

JAMS, INC.
18881 Von Karman Ave., Suite 350
Irvine, CA 92612

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$3,322.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309-4528

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$33,252.12

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Kostelanetz LLP
7 World Trade Center
New York, NY 10007

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$15,476.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor ___Staffing 360 Solutions, Inc._____    Case number _(if known)___25-01684-5-JNC_____
          Name

| **Part 2:** | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** **27**  **Nonpriority creditor's name and mailing address**

M2 COMPLIANCE LLC
501 East Las Olas Blvd
Suite 300
Fort Lauderdale, FL 33301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 3,147.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **28**  **Nonpriority creditor's name and mailing address**

MEDIANT COMMUNICATIONS INC.
17 State Street
7th Floor
New York, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 8,458.32

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **29**  **Nonpriority creditor's name and mailing address**

MEPT 757 THIRD AVENUE LLC
28 Liberty St.
New York, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 356,376.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **30**  **Nonpriority creditor's name and mailing address**

MORITT HOCK & HAMROFF
400 Garden City Plaza
2nd Floor
Garden City, NY 11530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 7,288.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **31**  **Nonpriority creditor's name and mailing address**

MUTUAL OF OMAHA
3300 Mutual Plaza
Omaha, NE 68175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 18,749.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Staffing 360 Solutions, Inc.                                           Case number *(if known)*  25-01684-5-JNC
        Name

| **Part 2:** | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.** `32`  **Nonpriority creditor's name and mailing address**

NICHOLAS FLORIO
7 Carriage Way
Millstone Township, NJ 08510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 149,999.94

---

**3.** `33`  **Nonpriority creditor's name and mailing address**

Nicholas Florio
7 Carriage way
Clarksburg, NJ 08510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 149,999.00

---

**3.** `34`  **Nonpriority creditor's name and mailing address**

ODELL STUDNER GROUP
1265 Drummer's Lane, Suite 300
Wayne, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 101,684.00

---

**3.** `35`  **Nonpriority creditor's name and mailing address**

ONESTREAM SOFTWARE LLC
191 N Chester St
Birmingham, MI 48009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50,326.38

---

**3.** `36`  **Nonpriority creditor's name and mailing address**

Oregon Department of Revenue
PO Box 14800
Salem, OR 97309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26.63

---

| Debtor | Staffing 360 Solutions, Inc. | Case number *(if known)* | 25-01684-5-JNC |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Pamela D. Whittaker
1524 Boxthorne Lane
Winston Salem, NC 27106

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,854,395.00

**3.38** Nonpriority creditor's name and mailing address

PHILADELPHIA INSURANCE COMPANIES
One Bala Plaza, suite 100
PA 19004

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 87,357.00

**3.39** Nonpriority creditor's name and mailing address

RBSM LLP
805 Third Avenue, Suite 1430
New York, NY 10022

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 150,000.00

**3.40** Nonpriority creditor's name and mailing address

RICHARDS LAYTON & FINGER
920 N King St
Wilmington, DE 19801

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 49,825.15

**3.41** Nonpriority creditor's name and mailing address

Say Technologies LLC
85 Willow Road
Menlo Park, CA 94025

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12,341.53

Debtor  _Staffing 360 Solutions, Inc._____    Case number *(if known)* _25-01684-5-JNC_____
         Name

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 42  **Nonpriority creditor's name and mailing address**

Securities Transfer Corporation
2901 Dallas Pkwy Suite 380
Plano, TX 75093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,753.00

---

**3.** 43  **Nonpriority creditor's name and mailing address**

SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 57,256.14

---

**3.** 44  **Nonpriority creditor's name and mailing address**

SMART CHOICE COMMUNICATIONS,
P.O. Box 2693
New York, NY 10108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,632.27

---

**3.** 45  **Nonpriority creditor's name and mailing address**

The Marketing Junction
11 New Street, Northampton
NN7 4QS, UK

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,626.84

---

**3.** 46  **Nonpriority creditor's name and mailing address**

The Moran Group, LLC
One Riverway, Suite 700
Houston, TX 77056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 72,000.00

---

Debtor    Staffing 360 Solutions, Inc.
          Name

          Case number *(if known)*  25-01684-5-JNC

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.⁴⁷  Nonpriority creditor's name and mailing address**

THE NASDAQ STOCK MARKET, LLC
151 West 42nd Street, Floors 26
New York, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 53,000.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁴⁸  Nonpriority creditor's name and mailing address**

THOMAS INTERNATIONAL
28175 Haggerty Rd
Novi, MI 48377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 577.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁴⁹  Nonpriority creditor's name and mailing address**

Trustpoint.One
3200 Cobb Galleria Parkway Suite 200
Atlanta, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 671.80

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁵⁰  Nonpriority creditor's name and mailing address**

UHY
1185 Avenue of the Americas, 38th Floor
New York, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 130,575.68

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁵¹  Nonpriority creditor's name and mailing address**

UHY Advisors, Inc.
1185 Avenue of the Americas, 38th Floor
New York, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 284,130.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Staffing 360 Solutions, Inc.___
      Name

Case number (*if known*) ___25-01684-5-JNC___

| **Part 2:** | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.**⁵² Nonpriority creditor's name and mailing address

United Healthcare
3803 N. Elm St.
Greensboro, NC 27459

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ 143,937.23

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**⁵³ Nonpriority creditor's name and mailing address

VINCENT J. CEBULA
25 East 86th Street
New York, NY 10028

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ 133,333.28

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**⁵⁴ Nonpriority creditor's name and mailing address

White Rock Cybersecurity
9330 Lyndon B Johnson Fwy STE 850
Dallas, TX 75243

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ 882.92

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**___ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.**___ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____    Case number (if known) ___25-01684-5-JNC_____
       Staffing 360 Solutions, Inc
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 4,092,366.14 |
| 5b. **Total claims from Part 2** | 5b. + | $ 25,611,702.05 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 29,704,068.19 |